NUMBER 13-05-478-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_______________________________________________________


 

CURTIS
JOHNSON,                                                  Appellant,

 

                                           v.

 

THE
STATE OF TEXAS,                                              Appellee.

________________________________________________________

 

                  On appeal from the 105th
District Court 

                           of Nueces
County, Texas.

_________________________________________________________

 

                     MEMORANDUM OPINION

 

                Before
Justices Hinojosa, Yañez, and Garza

                       Memorandum Opinion Per
Curiam

 

Appellant, CURTIS
JOHNSON, attempted to perfect an appeal from a judgment entered by the 105th District Court of Nueces County, Texas.  Sentence in this cause was imposed on April 8, 2005.  No timely
motion for new trial was filed.   The notice of appeal was due to be filed on May 9, 2005, but was not filed until July 20, 2005.   The notice of appeal is untimely filed. 








Tex.
R. App. P.
26.3 provides that the court of appeals may grant an extension of time for
filing notice of appeal if such notice is filed within  fifteen days of the last day allowed and
within the same period a motion is filed in the court of appeals reasonably
explaining the need for such extension. 
Appellant failed to file his notice of appeal and a motion requesting an
extension of time within such period. 

The Court, having
considered the documents on file and appellant's failure to timely perfect his
appeal, is of the opinion that the appeal should be dismissed for want of
jurisdiction.  The appeal is DISMISSED
FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and 

filed this the 30th day of August,
2005.